UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2026
```

-------------------------------------------------------------- X

ANGELICA SENIOR,                                              :

                                        Plaintiff,           :        24-CV-6382 (NSR)

                                                             :
                                                             :        **ORDER AUTHORIZING THE**
                       - against -                           :        **DEPOSITION OF AN**
                                                             :        **INCARCERATED INDIVIDUAL**
                                                             :
CO A. PEREZ,                                                 :
                                                             :
                                                             :
                                        Defendant.           :

-------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of FELICIA ("ANGELICA") SENIOR, NYSID ID: 02686689R / DIN: No. 21-G-0391, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at Rikers Island Facility or any facility where she is currently housed, on February 5, 2026 at 10:00 a.m. and continuing that day until its completion, by stenographic means. A private room with videoconferencing capabilities will be required to conduct the deposition.

Plaintiff is advised that if she fails to attend and complete her own deposition, the Court may impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may include an order dismissing this action.

  Dated: January 15, 2026
         White Plains, New York

                                               SO ORDERED.

                                               _____
                                               Hon. Nelson S. Román
                                               United States District Judge