

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 5, 2026

**<u>Via ECF</u>**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __6/08/2026__ |

Re:    *Angelica Senior v. C.O. A. Perez*, 24-CV-6382 (NSR)

Dear Judge Román:

I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). OAG represents Defendant Correction Officer Alex Perez in the above-referenced action. I write, on behalf of both parties, to respectfully request that the case management conference scheduled for July 8, 2026 at 10:00 a.m. (*see* Dkt. No. 18 at 3) be adjourned until after the conclusion of discovery.

The reason for this request is that the discovery deadline has been extended from June 5, 2026 to August 19, 2026 due to C.O. Perez's recent return from his deployment overseas with the New York Air National Guard. (Dkt. No. 26). Accordingly, the parties do not believe that a case management conference is necessary while discovery remains ongoing.

This is the parties' first request for an adjournment of this conference, and will not affect any other pending deadlines in this case.

Thank you for your attention to this matter.

Sincerely,

/s/ Gabriel Cahn
GABRIEL CAHN
Assistant Attorney General
212-416-8570
Gabriel.Cahn@ag.ny.gov

cc:    Tracie A. Sundack
Tracie A. Sundack & Associates, LLC
180 South Broadway
Suite 306
White Plains, NY 10605

*See* **Pg. 2**

MEMO ENDORSED

Hon. Nelson S. Román                                                        Page 2 of 2
June 5, 2026

   *Counsel for Plaintiff*
   (**via ECF**)

**In light of the extended discovery deadlines in this action, the Court adjourns the status conference scheduled for July 8, 2026 at 10:00 a.m.  The parties are directed to provide a joint status update on August 19, 2026, to inform the Court whether (1) discovery has been completed and (2) either party intends to file a dispositive motion.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 27.**

**Dated: June 8, 2026**
   **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge