UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGELICA SENIOR,

Plaintiff,

-against-

CORRECTION OFFICER A. PEREZ,
BADGE NUMBER 57209,

Defendant.
-------------------------------------------------------X

Index Number: 24-CV-6382 (NSR)

ORDER ENDORSING RULE 45 SUBPOENA TO PRODUCE DOCUMENTS

WHEREAS, Plaintiff has served a subpoena pursuant to Federal Rule of Civil Procedure 45 upon the New York State Department of Corrections and Community Supervision (DOCCS) seeking documents, electronically stored information, or objects; and

WHEREAS, following a good faith conference between the parties, the parties have agreed to narrow the scope of the subpoena exclusively to the last known residential addresses of former Correction Officer Xan Yu and former Sergeant James Wiand; and

WHEREAS, good cause has been shown for the disclosure of this contact information for the sole purpose of service of process in this action;

IT IS HEREBY ORDERED that the Rule 45 Subpoena is modified by agreement of the parties, and DOCCS shall produce only the documents set forth in the Revised Schedule A attached hereto.

IT IS FURTHER ORDERED that DOCCS shall produce the requested records to counsel for Plaintiff no later than October 23, 2026,

IT IS FURTHER ORDERED that the contact information and records obtained pursuant to this So Ordered Subpoena shall be treated as confidential, shall be used exclusively for the

purpose of effecting service of process or conducting necessary litigation activities in connection with this matter, and shall not be disclosed to any third party or used for any commercial or extra-judicial purpose without further order of this Court.

Dated: October 7, 2026
White Plains, New York

Victoria Reznik

Hon. Victoria Reznik
United States Magistrate Judge

**SCHEDULE A**

Documents/Information Requested: Last known last known residential address(es) of CO Xan Yu and Sgt.James Wiand, including any forwarding address provided upon separation from employment or any other contact information